IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC 1 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. **2:06CR-286-WKW-SRW** |
| | ) | [7 USC 2024(c)] |
| GWENDOLYN SMITH KENNEDY | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

On or about the 9th day of May, 2002, in Montgomery, Alabama, within the Middle District

of Alabama,

GWENDOLYN SMITH KENNEDY,

defendant herein, aided and abetted by each other, did knowingly and unlawfully present and cause

to be presented for payment and redemption, United States Department of Agriculture Electronic

Benefit Transfer Food Coupons, commonly referred to as "food stamps", of a value of approximately

$4,123.00, knowing the same to have been received, transferred and used in a manner not authorized

by the Food Stamp Act, as amended (Title 7, United States Code, Section 2011, et seq.), and the

regulations issued pursuant to said Act, in violation of Title 7, United States Code, Section 2024(c)

and Title 18 United States Code, Section 2.

Forfeiture Allegation

A.    Count 1 of this indictment are hereby repeated and incorporated herein by reference.

B.    Upon conviction for a violation or violations of Title 7 United States Code, Section

2024(c) as alleged in Count 1 of this indictment, the defendant, shall forfeit to the United States

pursuant to Title 7, United States Code, Section 2024(h)(2), any and all property real and personal,

used in a transaction or attempted transaction to commit, or to facilitate the commission of a

violation of subsection (b) or (c) of Title 7, United States Code, Section 2024, or proceeds traceable

to a violation of subsection (b) or (c) of Title 7, United States Code, Section 2024 as alleged in Count 1 of this Indictment, including but not limited to the following:

A sum of money equal to Four Thousand One Hundred Twenty-Three Dollars ($4,123.00) in United States currency, representing the amount of proceeds obtained as a result of the offense in violation Title 7, United States Code, Section 2024(c).

C.    If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third person;

(3)    has been placed beyond the jurisdiction of the Court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property, all in violation of Title 7, United States Code, Section 2024.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Kent B. Brunson
Assistant United States Attorney

2