COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE  DATE: 1/5/07
❏ BOND HEARING
❏ DETENTION HEARING  DIGITAL Recording : 1:18 - 1:30
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

PRESIDING MAG. JUDGE: Wallace Capel, Jr.    DEPUTY CLERK: Wanda A. Robinson
CASE NO: 2:06cr286-WKW    DEFENDANT NAME: Gwendolyn Smith Kennedy
AUSA: Clark Morris    DEFT. ATTY: Richard Keith
                     Type Counsel: ( )Retained; ( x) CJA; ( ) Waived; ( ) FPD

PTSO: Sandra Wood    USPO: _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present (√) NO; ( ) YES    Name:

| | |
|---|---|
| √ | Date of Arrest 1/5/07 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ❏ | Deft. First Appearance without Counsel |
| ❏ | Requests appointed Counsel |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| √ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; |
|   | ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | BOND EXECUTED (M/D AL charges) $.  10,000 |
| ❏ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.  ❏ Set for |
| √ | DISCOVERY DISCLOSURE DATE:   1/12/07 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | CRIMINAL TERM: 4/23/07*     Pretrial: 2/16/07 |

*Due to extensive discovery the case may require considerable time for preparation and therefore is set on a  term outside the 70 days allotted by the Speedy Trial Act.