IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.  2:06-cr-0286-WKW-SRW |
| | ) |
| **GWENDOLYN SMITH KENNEDY,** | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as Court-appointed Counsel representing Gwendolyn Smith Kennedy in the above-styled cause.

Respectfully submitted this 8th day of January, 2007.

 

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Kent B. Brunson, AUSA<br>Post Office Box 197<br>Montgomery, AL  36101-0197 | John T. Harmon, AUSA<br>Post Office Box 197<br>Montgomery, AL  36101-0197 |

s/ Richard K. Keith
**OF COUNSEL**