IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cr-0286-WKW-SRW |
| | ) |
| GWENDOLYN SMITH KENNEDY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR DISCLOSURE OF THE GOVERNMENT'S CONFIDENTIAL SOURCE'S (CS) EMPLOYMENT HISTORY IN THE PROSECUTION OF VIOLATIONS OF "FOOD STAMP ACT" CASES**

COMES NOW, the defendant, Gwendolyn Smith Kennedy, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to Order the government to disclose its CS' employment history in the prosecution of violations of "Food Stamp Act" cases.

As grounds in support thereof, the following is stated:

1. The defendant has put the government on notice of a potential "entrapment" defense should this case proceed to trial.

2. The government's CS, Channey Ballard, has been involved in numerous cases of food stamp transactions while employed by the United States Attorney's Office.

WHEREFORE, premises considered, the defendant moves that that this Honorable Court Order the government produce the case histories of the CS' prior involvement in similar food stamp transactions.

Respectfully submitted this 16th day of February, 2007.

                                            s/ Richard K. Keith
                                            **RICHARD K. KEITH (KEI003)**
                                            Attorney for Defendant
                                            **KEITH & DUBIN, P.C.**
                                            22 Scott Street
                                            Montgomery, AL  36104-4012
                                            Telephone: (334) 264-6776
                                            Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197

                                            s/ Richard K. Keith
                                            **OF COUNSEL**