IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:06-cr-0286-WKW-SRW |
| ) | |
| GWENDOLYN SMITH KENNEDY, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO EXTEND CHANGE OF PLEA DEADLINE

COMES NOW, the defendant, Gwendolyn Smith Kennedy, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to extend her change of plea deadline.

As grounds in support thereof, the following is stated:

1. Defendant is charged with the aiding and abetting of violations of the "Food Stamp Act" pursuant to Title 7, United States Code, Section 2011 and 2024(c), and Title 18, United States Code, Section 2.

2. Trial in this matter is set for April 23, 2007.  Defendant's change of plea deadline is set for February 20, 2007.

3. The defendant needs more time to consider a change of plea.

4. Assistant United States Attorney Kent B. Brunson has been contacted and has no objection to this request.

WHEREFORE, premises considered, the defendant moves that the February 20, 2007 change of plea deadline be extended.

Respectfully submitted this 16th day of February, 2007.

        s/ Richard K. Keith
        **RICHARD K. KEITH (KEI003)**
        Attorney for Defendant
        **KEITH & DUBIN, P.C.**
        22 Scott Street
        Montgomery, AL  36104-4012
        Telephone: (334) 264-6776
        Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    United States Attorney's Office
    Post Office Box 197
    Montgomery, AL 36101-0197

        s/ Richard K. Keith
        **OF COUNSEL**