IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr286-WKW |
| | ) | |
| GWENDOLYN SMITH KENNEDY | ) | |

### **ORDER**

Upon consideration of defendant's motion for disclosure of government's confidential source (Doc. # 12) and motion to extend change of plea deadline (Doc. # 13), filed February 16, 2007, and for good cause, it is

ORDERED as follows:

1. The government shall file a response to defendant's motion for disclosure (Doc. # 12) on or before March 2, 2007.

2. Defendant's motion to extend change of plea deadline (Doc. # 13) is GRANTED. The deadline for an 11(c)(1)(A) or 11(c)(1)(C) plea is that notice shall be filed on or before noon on the 12th day prior to the beginning of the term – in this case, April 11, 2007.

DONE, this 20th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE