| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 20, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:21 - 3:25 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr286-WKW | **DEFENDANT(S)** Gwendolyn Smith Kennedy |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Kent Brunson | * * * * | Richard Keith |

☐ **DISCOVERY STATUS:**
    Completed


☐ **PENDING MOTION STATUS:**
    Defendant's motion for disclosure and motion to extend change of plea deadline pending
    Court direct parties to try and work out disclosure problems


☐ **PLEA STATUS:**
    Notice of intent to change plea to be filed on or before noon on April 11, 2007


☐ **TRIAL STATUS**
    Trial time - 1 day


☐ **REMARKS:**
    Mr. Keith statements regarding mental examination of defendant - Motion to be filed