IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR286-WKW |
| | ) | |
| GWENDOLYN SMITH KENNEDY | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR DISCLOSURE**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the above-styled Motion, the following is submitted:

1.    The defendant's motion seeks disclosure of the confidential informant's employment history in the prosecution of food stamp cases.

2.    The United States submits that through agents of the United States Department of Agriculture, Office of Inspector General Investigations, Southeast Region, it has learned that the confidential informant was established as a cooperating witness on March 31, 2000.  Since that time, the cooperating witness has participated in approximately 28 food stamp/EBT benefits trafficking investigations.

3.    For the above stated work on behalf of the Department of Agriculture, the cooperating witness has been paid approximately $13,915.

4.    Regarding other discovery issues, the Untied States submits the undersigned has communicated with Richard Keith, attorney for Defendant Gwendolyn Kennedy, who has advised he is satisfied with the audio tapes that have been furnished.

5.      Additionally, the undersigned has offered to furnish any further disclosure necessary including offering to provide the case agent and confidential information for pre-trial discussions.

Respectfully submitted this the 2nd day of March, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 2:06CR286-WKW
)
GWENDOLYN SMITH KENNEDY )

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the

following: Richard Keith, Esq

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: kent.brunson@usdoj.gov