IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr286-WKW |
| | ) | |
| GWENDOLYN SMITH KENNEDY | ) | |

## **ORDER**

Upon consideration of defendant's motion for disclosure (Doc. # 12), filed February 16, 2007, and the government's response (Doc. # 19) filed March 2, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot in light of the government's response.

DONE, this 6th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE