IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cr-0286-WKW-SRW |
| | ) |
| GWENDOLYN SMITH KENNEDY, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO CONTINUE APRIL 23, 2007 TRIAL**

COMES NOW, the defendant, Gwendolyn Smith Kennedy, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the April 23, 2007 Trial currently set in this matter.

As grounds in support thereof, the following is stated:

1. Trial in this matter is set for April 23, 2007.

2. On March 1, 2007, the defendant was Court ordered to undergo a psychological examination pursuant to 18 U.S.C. §§ 4241 and 4242.

3. Dr. Karl Kirkland has yet to perform the evaluation due to the sudden death of Defendant's son.

4. A full report on Defendant's Psychological examination is not expected to be available in a timely manner prior to the trial date currently set in this case.

5. Assistant United States Attorney Kent B. Brunson has been contacted and has no objection to a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the April 23, 2007 Trial be continued.

Respectfully submitted this 9th day of April, 2007.

                                         s/ Richard K. Keith
                                         **RICHARD K. KEITH (KEI003)**
                                         Attorney for Defendant
                                         **KEITH & DUBIN, P.C.**
                                         22 Scott Street
                                         Montgomery, AL  36104-4012
                                         Telephone: (334) 264-6776
                                         Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Kent B. Brunson, AUSA
    Post Office Box 197
    Montgomery, AL 36101-0197

                                         s/ Richard K. Keith
                                         **OF COUNSEL**