IN THE UNITED STATES DISTRICT COURT FOR
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.   2:06-cr-0286-WKW |
| ) | |
| GWENDOLYN SMITH KENNEDY, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO CONTINUE AUGUST 6, 2007 TRIAL**

COMES NOW, the defendant, Gwendolyn Smith Kennedy, by and through the undersigned attorney, Richard K. Keith, and moves this Honorable Court to continue the August 6, 2007 Trial in the above-styled cause.

As grounds in support thereof, the following is stated:

1. The defendant is in the process of getting applied for the federal Pretrial Diversion program.

2. Assistant United States Attorney Kent Brunson has been contacted and does not oppose a continuance in this matter.

WHEREFORE, premises considered, the defendant moves that the August 6, 2007 Trial be continued.

Respectfully submitted this 19th day of July, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kent B. Brunson, AUSA
Post Office Box 197
Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**
