IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06cr286-WKW |
| | ) | |
| GWENDOLYN SMITH KENNEDY | ) | |

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Indictment heretofore filed in the above-styled cause as to Gwendolyn Smith Kennedy on the following grounds, to wit: Ms. Kennedy signed a pre-trial diversion agreement on August 24, 2007.

Respectfully submitted this the 26th day of September, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR NO. 2:06cr286-WKW |
| ) | |
| GWENDOLYN SMITH KENNEDY ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard Keith, Esq.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 2:06cr286-WKW |
| | ) | |
| GWENDOLYN SMITH KENNEDY | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE