UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:06-cr-0286-WKW |
| ) | |
| GWENDOLYN SMITH KENNEDY ) | |

**ORDER**

Upon consideration of the government's Motion for Leave to Dismiss Indictment (Doc. # 31), and for good cause shown, it is ORDERED that the motion is GRANTED and the indictment as to Gwendolyn Smith Kennedy is DISMISSED without prejudice.

DONE this 9th day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE