IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | Case No. 2:06-cr-0286-WKW |
| ) | |
| GWENDOLYN SMITH KENNEDY ) | |

## ORDER

The court has been advised (Doc. # 33) that Gwendolyn Smith Kennedy ("Kennedy") has entered into a pretrial diversion agreement dated August 24, 2007 (Doc. # 33-3), with the United States Attorney's Office, which is hereby incorporated by reference. The pretrial diversion agreement includes a condition that requires Kennedy to make restitution in the amount of **$ 1,135.00** to USDA-FNS-HQ, P.O. Box 953807, St. Louis, MO 63195-3807.

Therefore, it is ORDERED that the clerk of the court accept and receive restitution payments from Kennedy and disburse them to USDA-FNS-HQ, P.O. Box 953807, St. Louis, MO 63195-3807, in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

It is further ORDERED that the defendant must pay interest on restitution pursuant to 18 U.S.C. § 3612(f).

DONE this 17th day of December, 2007.

                                          /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE